CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for the Official Creditor Committee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | **Case No. 09-31130 TC** |
| **ONE VISION PARK, INC.** | **Chapter 11** |
| Debtor. | **STATEMENT OF DEBTOR REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION FILED BY KORNFIELD, NYBERG, BENDES & KUHNER, P.C.** |

I, Steve Jaca, declare as follows:

1. I am the natural responsible person for One Vision Park, Inc. (the "Debtor") in the above-referenced Chapter 11 bankruptcy case.

2. I am familiar with the First Application for Interim Compensation and Reimbursement by Attorneys for the Committee (the "Application") and the facts therein are true to the best of my knowledge and belief.

3. The Debtor has no objections to the fees and costs incurred by Kornfield, Nyberg, Bendes & Kuhner, P.C.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 28th day of September, 2009 at Pleasant Hill, California.

Steve Jaca /s/____
Steve Jaca
